IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

CASE NO. 11-90821-M-01

DAVID RODRIGUEZ
FORT RILEY, KS

INFORMATION

The United States Attorney charges that:

On or about 7/9/2011 at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, DAVID RODRIGUEZ did unlawfully operate a motor vehicle with a canceled, suspended or revoked driving license, in violation of Title 18, United States Code, Section 13, and K.S.A 8-262. (Driving While Cancelled, Suspended, or Revoked.) (Class A Misdemeanor)

BARRY R. GRISSOM
United States Attorney

ROBIN GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed  1 December 2011

HON KENNETH G. GALE
U.S. Magistrate Judge